83,750-01

9-13-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

Cause No. 2011F00214

Harper Jr, Willie Lee

Dear Clerk, I'm just writing to let you know my address have change. I'm at

George Beto Unit
1391 Fm 3328
Tennessee Colony, Tx 75800

Thanks Willie Lee Harper Jr
#1882531